# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-22-00507-CR

**Jordan L. Walker, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 264TH DISTRICT COURT OF BELL COUNTY
## NO. 83722, THE HONORABLE PAUL L. LEPAK, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due December 2, 2022. On January 10, 2023, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by January 20, 2023, would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate

supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than February 27, 2023. *See id.* R. 38.8(b)(3).

It is so ordered January 31, 2023.


Before Justices Baker, Kelly, and Smith

Abated and Remanded

Filed:  January 31, 2023

Do Not Publish